INTERNET MACHINES LLC, Plaintiff–Cross Appellant,

v.

CYCLONE MICROSYSTEMS, INC., PLX Technology, Inc., Extreme Engineering Solutions, Inc., GE Intelligent Platforms Embedded Systems, Inc. (also known as General Electric Enterprise Solutions, a Division of General Electric Company), National Instruments Corporation, and Vadatech, Inc., Defendants–Appellants.

Nos. 2013–1516, 2013–1517.

United States Court of Appeals, Federal Circuit.

Aug. 11, 2014.

Jay F. Utley, Baker & McKenzie LLP, of Dallas, TX, argued for defendants-appellants. With him on the brief were Brian C. McCormack and W. Barton Rankin; and Kevin M. O'Brien, of Washington, DC.

John J. Edmonds, Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC, of Houston, TX, argued for plaintiff-cross appellant. With him on the brief were Stephen F. Schlather and Shea Palavan.

MOORE, REYNA, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.